**STATE of Missouri, Respondent,**

v.

**Charles W. BURNETT, Appellant.**

**No. WD 73078.**

Missouri Court of Appeals,
Western District.

Nov. 29, 2011.

Emmett D. Queener, Columbia, MO, for appellant.

Shaun J. Mackelprang and Robert J. (Jeff) Bartholomew, for respondent.

Before Division Three: KAREN KING MITCHELL, Presiding Judge, JAMES M. SMART, JR., Judge and GARY D. WITT, Judge.

## ORDER

PER CURIAM:

Charles Burnett appeals the judgment of the Circuit Court of Lafayette County, convicting him of burglary in the second degree, section 569.170 (RSMo 2000).

We affirm. Rule 30.25(b). A memorandum setting forth the reasons for this order has been provided to the parties.